UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 21-21037-CIV-MARTINEZ/BECERRA

LYNDA LYNCH,

 Plaintiff,

v.

KILOLO KIJAKAZI, Commissioner of Social
Security Administration,[1]

 Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

 THIS MATTER was referred to the Honorable Jacqueline Becerra, United States Magistrate Judge, for a ruling on all pre-trial, non-dispositive matters, and for a report and recommendation on all dispositive matters. (ECF No. 2). Both parties filed motions for summary judgment. (ECF Nos. 17, 20). Judge Becerra filed a Report and Recommendation ("R&R") recommending that (1) Plaintiff's Motion for Summary Judgment, (ECF No. 17), be denied; and (2) Defendant's Motion for Summary Judgment, (ECF No. 20), be granted. (ECF No. 22). The Court has reviewed the entire file and record, and notes that no objections have been filed. After careful consideration, it is hereby:

 **ADJUDGED** that United States Magistrate Judge Becerra' Report and Recommendation, (ECF No. 23), is **AFFIRMED** and **ADOPTED**.

 Accordingly, it is:

---

[1] Kilolo Kijakazi is now the Commissioner of Social Security and is automatically substituted as Defendant pursuant to Federal Rule of Civil Procedure 25(d).

**ADJUDGED** that:

1. Plaintiff's Motion for Summary Judgment, (ECF No. 17), is **DENIED**.

2. Defendant's Motion for Summary Judgment, (ECF No. 20), is **GRANTED**.

3. The Commissioner's decision is **AFFIRMED**.

4. This case is **CLOSED**, and all pending motions are **DENIED** as **MOOT**.

5. A final judgment shall be entered by separate order.

DONE AND ORDERED in Chambers at Miami, Florida, this 17 day of August, 2022.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Becerra
All Counsel of Record